UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HAY THI LE, et al.,<br>DEP THI LE, et al.,<br>MICHAEL LY, et al.,<br><br>    Defendants. | CASE NO. CR11-5619 BHS<br>                CR11-5620 BHS<br>                CR12-5001BHS<br><br>ORDER |

This matter comes before the Court on the Government's motion to extend response deadline to Defendants' oral motion to compel (Dkt. 202). The Court has considered the pleading filed in support of the motion and finds that there is good cause to extend the deadline. Therefore, the Court grants the motion and the Government may file a response no later than September 14, 2012. Any reply shall be filed no later than September 20, 2012.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1